UNSEALED   9/21/12
KCM

~~SEALED~~ UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

12 SEP -5  PM 4: 17

1

2

3  UNITED STATES OF AMERICA          )      Magistrate Case No. 12MJ3293

4      Plaintiff,                    )
                                     )
5                                    )      COMPLAINT FOR VIOLATION
   v.                                )
6                                    )      Title 18, U.S.C. §1591(a) and (b)-
   Anthony Khyree Dotson,            )      Sex Trafficking of a Minor
7                                    )
                                     )
8                                    )
       Defendant.                    )
9                                    )

10      The undersigned Complainant, being duly sworn, states:

11                               Count 1

12  In or about October 2011, within the Southern District of California, defendant ANTHONY
    KHYREE DOTSON, knowingly, in and affecting interstate commerce, did recruit, entice, harbor,
13  transport, provide, obtain, and maintain by any means a person, to wit: Juvenile Female 1 (JV1),
    knowing and in reckless disregard of the fact that JV1: (1) would be caused to engage in a
14  commercial sex act; and (2) having had a reasonable opportunity to observe JV1 and knowing
    and in reckless disregard of the fact that JV1 had not attained the age of 18 years; in violation of
15  Title 18, United States Code, Sections 1591(a) and (b).

16                               Count 2

17   In or about and between November 2011 and January 2012, within the Southern District of
    California, defendant ANTHONY KHYREE DOTSON, knowingly, in and affecting interstate
18  commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a
    person, to wit, Juvenile Female 2 (JV2): (1) knowing and in reckless disregard of the fact that
19  JV2 would be caused to engage in a commercial sex act; and (2) having had a reasonable
    opportunity to observe JV2 and knowing and in reckless disregard of the fact that JV2 had not
20  attained the age of 18 years; in violation of Title 18, U.S.C., § 1591(a) and (b).

21  And the complainant states that this complaint is based on the attached Statement of Facts
22  incorporated herein by reference.

23                                            Marc Jose, Special Deputy U.S. Marshal

24  Sworn to me and subscribed in my presence this __5__ day of ~~August~~ Sept, 2012.

25

26

27                                            UNITED STATES MAGISTRATE JUDGE

28

A.W.

(1)  KCM

1

## STATEMENT OF FACTS

2

3
      On October 4, 2011, detectives from SDPD Vice Operations conducted an "incall"
operation.  During the operation, detectives searched online advertisements for escorts on
4    websites commonly used to promote their services, including "backpage.com."  SDPD
Detective Gilmore #5919 located an ad for a young female nicknamed "Snow" on
5    backpage.com, which provided phone number (6xx) xxx-0038 for contact and contained
several photographs of a female wearing lingerie. Detective Gilmore called the phone number
6    and arranged a date with "Snow" for $150/hr.  At approximately 2104 hours, Detective
Gilmore called "Snow", later identified as JV1 (C.B. - age 16), and she directed him to meet
7    her at the Motel 6, room #215 located at 5592 Clairemont Mesa Boulevard, San Diego. Once
Detective Gilmore arrived at the Motel 6, he met with JV1 and negotiated a prostitution deal
8    with her. After Detective Gilmore arrested JV1 for prostitution, he discovered she was listed as
a runaway juvenile, age 16.
9

10
      In the room, detectives found a cell phone.  JV1 stated the cell phone was used in her
backpage.com escort ads. The number of the cell phone was (6xx) xxx-0038. Also found in the
11   room was a laptop that contained photographs of JV1. Several of the photographs were the
same photographs used in the escort ad of JV1. Detective Gilmore conducted a registry check
12   at the Motel 6 which showed Anthony Dotson registered room #215 on October 4th, 2011. JV1
stated that she was working as a prostitute for Anthony Dotson.
13

14
      Detective Adams #5970 conducted a DMV check and found a California driver license
#E1762880 for Anthony Khyree Dotson, with an address at 9010 Avocado, Spring Valley,
15   California. Detective Adams showed JV1 the driver license photograph of Anthony Khyree
Dotson which she positively identified as her pimp.
16

17
      I was then informed of this case and I requested administrative subpoenas for the
subscriber information for both the backpage.com ad and any associated ads of JV1, and for the
18   telephone number (6xx) xxx-0038. The results showed the subscriber for both the
backpage.com ad and the cell phone was Anthony Dotson, 9010 Avocado in Spring Valley,
19   California.

20
      On November 30th, 2011, SDPD Detective L. Johnson, #5954, conducted an "in-call"
21   operation with his team. Detective Johnson called a female posting an ad backpage.com. The
ad listed the phone number, (8xx)xxx-1970 and contained several photos of a female. Detective
22   Johnson called the number and arranged for a date with her. She directed him to room #271 of
the Homestead Suites located at 9880 Pacific Heights Boulevard, San Diego. After Detective
23   Johnson arrived at the hotel he obtained a verbal agreement for an act of prostitution and she
was arrested. The female portrayed herself as the adult, Syniah Carter.
24

25
      Inside the hotel room detectives found two cell phones. One of the cell phones was used
in the above backpage.com escort ad.  Detective Johnson conducted a registry check for room
26   #271 which showed registered to Anthony Khyree Dotson, 9010 Avocado, Spring Valley, CA.

27
                                            2
28

1   Carter stated that Anthony Dotson was her pimp and he got the hotel room for her to work out of. Dotson also took her to the Super 8 Motel in Inglewood, California and the

2   Extended Stay hotel in Culver City, California to work out of as a prostitute. Carter made over a thousand dollars prostituting at these two hotels for Dotson and gave all of this money to him.

3   Carter was taken to jail and charged with prostitution.

4   I was then informed of this case and began to investigate it. I requested administrative subpoenas for Carter's cell phone (8xx)xxx-1970. The result showed the cell phone was

5   subscribed to Anthony Dotson with an address 9010 Avocado, Spring Valley, California. I also

6   requested administrative subpoenas for Carter's backpage ads and any associated ads. The results showed numerous ads were posted for Carter by Anthony Dotson, 9010 Avocado,

7   Spring Valley, California.

8   I contacted the Super 8 Motel at 4238 Century Blvd. Inglewood, California by

9   telephone and requested a registry check for Anthony Dotson. The result showed that Dotson was registered in the hotel on November 24 and 25, 2011. I then contacted the Extended Stay

10   America Hotel at 6531 S. Sepulveda Blvd, Los Angeles California by telephone and requested a registry check for Anthony Dotson. The result showed Dotson was registered at the hotel on

11   November 25 through 29, 2011. This corroborated Carter's statement.

12   In April of 2012, I received an email from the National Center for Missing and

13   Exploited Children. The email showed the photograph of a female I recognized to be Carter. The female in the photograph was identified to be the missing juvenile JV2 (D.C. age 16) from

14   Phoenix, Arizona. She was reported missing November 9th, 2011.

15   On June 1, 2012, JV2 was contacted by SDPD Officers at 3200 Main Street in San

16   Diego. JV2 informed them she was a runaway juvenile and stated that she was working as a prostitute. JV2 was transported to Police Headquarters where I spoke to her. JV2 told me she

17   was working for Anthony Dotson in November 2011 when she was arrested as Syniah Carter until January 20th, 2012 when she was arrested in Los Angeles as Syniah Carter for prostitution.

18   She told me she made around $4,000 as a prostitute and she gave all of this money to Dotson. JV2 was shown the California driver license photograph of Anthony Khyree Dotson.  Carter

19   positively identified Dotson as her pimp.

20   ### REQUEST FOR SEALING

21   It is further respectfully requested that this Court issue an Order sealing, until further order of

22   this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents

23   of this probable cause statement and related documents may cause the defendant to flee and may cause the destruction of evidence and may have a negative impact on this continuing

24   investigation.

25

26   _____
    Marc Jose

27   Special Deputy U.S. Marshal

3

28